DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHI SHERMAN, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | Case No: 2:16-cv-02611-RFB-GWF </br></br> **JOINT STIPULATION TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES** </br></br> **(Third Request)** |

Pursuant to Local Rules 6-1, 26-4, and Fed. R. Civ. P. 6(b), the parties stipulate, subject to this Court's approval, that the deadlines in the approved discovery schedule be extended as set forth below. The parties assert that good cause exists for the requested extension.

**1.** **<u>Status Report.</u>** This request is to extend the deadline for the parties to file a Joint Pretrial Order. The current deadline to file the Joint Pretrial Order is August 24, 2018. This request comes less than 21 days from this deadline but is supported by good cause as set forth below.

**2.** **<u>Status/Discovery Completed.</u>** The parties have completed discovery.

**3.** **<u>Discovery remaining.</u>** No discovery remains.

**4.** **<u>Reasons for extension.</u>** The Court granted a one week extension to file the Joint Pretrial Order by minute order dated August 15, 2018 (ECF No. 20). The parties have been actively involved in settlement negotiations and believe that this matter is likely to resolve. The

1

United States must obtain review and approval of any settlement negotiations within the Department of Justice and the relevant agency. The United States is engaged in this process and the parties expect that this review can be completed within the next two weeks. Given the likelihood that the matter will resolve, the parties respectfully request another extension of the deadline to file the Joint Pretrial Order.

5. **Revised discovery schedule.** The parties stipulate and agree to a **14-day** extension of the deadline to file the Joint Pretrial Order.

    A. **Joint Pretrial Order**: The parties request that the Court extend the deadline to file the Joint Pretrial Order to **September 7, 2018**. Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

Respectfully submitted this 24th day of August 2018.

| | |
|---|---|
| MOSS BERG INJURY LAWYERS | DAYLE ELIESON<br>United States Attorney |
| */s/ Boyd Moss*<br>BOYD MOSS, ESQ.<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107 | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 8-27-2018