DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHI SHERMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No: 2:16-cv-02611-RFB-GWF<br><br>**UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COMPROMISE SETTLEMENT** |

Federal Defendant United States of America respectfully requests this Court enter a stay of all proceedings and deadlines, including all motion and discovery deadlines, until October 12, 2018, in order to allow the parties to finalize the terms of a settlement agreement and to execute and enter a Stipulation to Dismiss with Prejudice. Plaintiff does not oppose this request.

In support of this motion, the United States submits as follows:

1. Over the past several weeks the parties have been engaged in settlement negotiations and have recently agreed in principal to a compromise settlement which will resolve all outstanding claims between the parties. Documents supporting this settlement are being prepared and the parties expect that the matter will be concluded within the next month.

2. Courts have broad discretion to stay proceedings for a limited time. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also Clinton v. Jones*, 520 U.S. 681, 706 (1997) (courts have broad discretion in the management of cases, including the setting of cases for trial).

1

3. The instant motion is filed in good faith and not for the purposes of delay.

4. If the matter is not concluded by October 12, 2018, the parties will file a status report advising of reasons that it is not concluded.

For the above reasons, the United States respectfully requests this Court stay of the proceedings and deadlines in this matter until October 12, 2018.

Respectfully submitted this 5th day of September 2018.

DAYLE ELIESON
United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Court
**DATED:** October 10, 2018.

**PROOF OF SERVICE**

I, Lindsy M. Roberts, certify that all parties were served with the **UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COMPROMISE SETTLEMENT** on this date via the Court's Electronic Case Filing system.

Dated this 5th day of September 2018.

*/s/ Lindsy M Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney