DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHI SHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No: 2:16-cv-02611-RFB-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this this 10th day of October 2018.

MOSS BERG INJURY LAWYERS

*/s/ Boyd Moss*
BOYD MOSS, ESQ.
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107

*Attorney for Plaintiff*

DAYLE ELIESON
United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** October 11, 2018.